1  Keith A. Trefry, WSBA #10807
2  Brook L. Cunningham, WSBA #39270
   PAINE HAMBLEN LLP
3  717 West Sprague Avenue, Suite 1200
4  Spokane, WA 99201-3505
   (509) 455-6000
5
   Attorneys for Plaintiff
6

7

8           **UNITED STATES DISTRICT COURT**
            **EASTERN DISTRICT OF WASHINGTON**
9

10 ASSOCIATED MANAGEMENT                    )
11 CONSULTANTS, INC., d/b/a AMCI            )  NO.   2:13-cv-00217-LRS
   FINANCE, a Washington Corporation,       )
12                                           )  **ORDER OF DISMISSAL**
13              Plaintiff,                   )
                                             )
14 vs.                                       )
                                             )
15 VIPER TECHNOLOGIES, LLC, an              )
   Oregon Limited Liability Company,        )
16                                           )
                                             )
17              Defendant.                   )
                                             )
18 _____  )

19        On hearing the parties Stipulated Motion for Dismissal, and the Court being

20 fully advised in the premises, it is

21
22        ORDERED that: (1) the above action is hereby dismissed without prejudice

23 and without costs to any party; (2) Notice of Presentment of the Stipulation and

24 Order is hereby waived; (3) if the Settlement Agreement in the matter is not fully

25
26 performed, this matter shall be reopened under its existing cause number for the sole

27 ORDER OF DISMISSAL - 1                              PAINE HAMBLEN LLP
   I:\SPODOCS\24068\00034\PLEAD\01236233.DOC      717 WEST SPRAGUE AVENUE, SUITE 1200
28                                                      SPOKANE, WA  99201
                                                     PHONE (509) 455-6000
                                                      FAX (509) 838-0007

purpose of entry of the Confession to Judgment and Judgment Upon Confession as specified in the Settlement Agreement; and (4) if the Settlement Agreement is fully performed, then the parties shall notify the Court of such fact, in which case the Court shall enter an order of dismissal with prejudice.

SO ORDERED this 10th day of January, 2014.

_____*s/Lonny R. Suko*_____
Lonny R. Suko
**Senior U.S. District Court Judge**

**Presented by:**

PAINE HAMBLEN LLP

By:  /s/ *Keith A. Trefry*_____
    /s/ *Brook L. Cunningham*_____
    Keith A. Trefry, WSBA #10807
    Brook L. Cunningham, WSBA #39270
    717 W. Sprague Avenue, Suite 1200
    Spokane, WA 99201-3505
    Attorneys for Plaintiff

**Approved as to form;**
**Notice of presentment waived:**

TONKON TORP LLP

By:  /s/ *David S. Aman*_____
    David. S. Aman, OSB #962106
    1600 Pioneer Tower
    888 SW Fifth Avenue
    Portland, OR 97204
    Attorney for Defendant

ORDER OF DISMISSAL - 2
I:\SPODOCS\24068\00034\PLEAD\01236233.DOC